*13*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 EDWARD P. MAY,

        Defendant.

_____/

Case:2:09-cr-20482
Judge: Murphy, Stephen J
MJ: Komives, Paul J
Filed: 10-01-2009 At 04:15 PM
INDI USA V. SEALED MATTER (DA)

# INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times pertinent to this indictment:

1.     Beginning on or about 1997 and continuing until August 2007, in the Eastern District of Michigan and elsewhere, defendant EDWARD P. MAY knowingly and willfully intended to and did devise and carry out a scheme to defraud and to obtain money and property by means of false and fraudulent representations, pretenses, and promises, through various fraudulent purported investment opportunities which he offered and caused to be offered to investor victims of the scheme.

2.     To accomplish his fraudulent purposes, defendant EDWARD P. MAY engaged in the following acts, practices, misrepresentations, and deceptions:

    a.     In 1997, EDWARD P. MAY formed E-M Management Co. LLC, which was located in rented office space in Lake Orion, Michigan. E-M Management Co. LLC would offer, promote, and manage private investments made through the

investment limited liability companies ("LLCs") described below.

b.  EDWARD P. MAY formed over 150 LLCs, filing articles of organization for them with the Michigan Department of Labor & Economic Growth, and applied for and received Employer Identification Numbers ("EINs") from the Internal Revenue Service for the LLCs which were used to identify business accounts and tax returns.

c.  EDWARD P. MAY told hundreds of individuals in the Detroit metropolitan area and elsewhere that the LLCs acquired telecommunications equipment and then provided telecommunications services to various hotels in Nevada, New York, New Jersey, California, elsewhere in the United States, and in foreign countries.

d.  EDWARD P. MAY induced numerous persons in the Detroit metropolitan area and elsewhere to invest large amounts of money in the LLCs, purportedly for investment in "contracts" or "agreements" providing telecommunications equipment and services to various hotels which contracts and agreements in fact did not exist.

e.  EDWARD P. MAY caused fraudulent "private offering memorandums," "subscription agreements," and "investment recaps" for the LLCs to be drafted and distributed to potential investors.

f.  The offering memorandums fraudulently stated that EDWARD P. MAY's company, E-M Management Co., entered into agreements with various hotel corporations, including Hilton Hotels, Sheraton Hotels, Hyatt Hotels, and MGM Grand Hotels, to "provide all of the telecommunication services to the hotel properties" and to "install new equipment where needed, to purchase existing

2

equipment where practicable and to cut over the services from present providers," and fraudulently promised investors that the funds raised "will be used solely for the purpose of purchasing telephone, high speed internet, low speed internet, [and] DVD equipment."

g.     The offering memorandums "guaranteed a minimum monthly income" to each investment LLC, usually for a term of either twenty or twenty-four months. The guaranteed monthly income promised by EDWARD P. MAY to each investment LLC ranged from over $30,000 per month to over $100,000 per month.

h.     EDWARD P. MAY deceived victim investors into believing that their funds were being used and invested as represented, and concealed from victim investors and others the fact that these "investments" were actually being used to support a pyramid or "Ponzi" scheme, by paying purported investment returns to some investors with funds actually obtained from other investors.

i.     EDWARD P. MAY utilized the services of a stock broker and investment advisor to solicit investments in the LLCs. This individual was a registered representative of two securities firms that were members of the National Association of Securities Dealers, Inc. ("NASD") and the Securities Investor Protection Corporation ("SIPC") and registered as broker-dealers with the U.S. Securities and Exchange Commission ("SEC").

j.     EDWARD P. MAY utilized the services of an accounting firm to legitimize the investments:

     i.     Many of the private offering memorandums identified the accounting firm as the LLCs' accounting firm and stated that "Persons seeking information

relative to the background and experience of the promulgator of this project may call Mr. [. . .] of [the accounting firm] at 248-xxx-xxxx.  Mr. [. . . ] is authorized to answer any questions about the other entities managed by the offeror".

  ii.   Many of the private offering memorandums stated that the accounting firm recommended that each group of investment opportunities be formed as an LLC.

  iii.   The accounting firm prepared and issued a Schedule K-1 (Form 1065) annually to each investor, reporting the income received from each LLC, which the investor then relied upon in filing his/her federal tax returns each year.

k.   EDWARD P. MAY diverted and misappropriated the funds invested in the LLCs to his own personal use and benefit and to the benefit of his company, E-M Management.

l.   EDWARD P. MAY used money invested by individuals in the LLCs to:

  i.   make payments to earlier investors which EDWARD P. MAY falsely represented to the investors as a return of principal and  income generated by the investment LLCs;

  ii.   pay finder's fees, or referral fees, to several individuals who brought in new investors;

  iii.   pay fees to several individuals who provided administrative assistance to EDWARD P. MAY such as preparing and sending monthly checks and distribution reports to investors;

iv.  pay professional fees for tax preparation services for all of the investment LLCs [which included the annual preparation of a Schedule K-1 (Form 1065) for every investor], for EDWARD P. MAY personally, and for EDWARD P. MAY's other businesses;

v.  pay for travel to and from Las Vegas;

vi.  gamble and pay personal gambling debts;

vii.  pay off personal bank loans;

viii.  personally invest in oil and gas leases and REITs;

ix.  personally invest in a number of businesses in Nevada and Michigan, including West Coast Marketing, LLC, Fore Honors Las Vegas LLC, Fore Honors LLC, Las Vegas Million Dollar Shootout LLC, Great Shots, LLC, Creto International, Inc., R3 Advertising LLC, Camelot Club Inc., and E-M Management & Associates, LLC; and

x.  pay his ordinary living expenses;

3.  During the latter part of the scheme, from on or about 2005 through on or about August 2007, between 2,500 and 4,000 checks per month were mailed to investors.

4.  Over the course of the scheme, EDWARD P. MAY induced individuals to invest over $200,000,000 in over 150 LLCs.

5.  EDWARD P. MAY's scheme resulted in a total loss of over $35,000,000 to the individuals who invested in the fraudulent LLCs.

<u>**COUNTS ONE THROUGH FIFTY-NINE**</u>
(18 U.S.C. § 1341 - Mail Fraud)

**D-1 EDWARD P. MAY**

6.      The General Allegations are incorporated into these counts by reference.

7.      From on or about 1996 through on or about August 2007, in the Eastern District of Michigan, Southern Division, defendant EDWARD P. MAY devised and executed a scheme to defraud and to obtain money from individuals by means of false and fraudulent pretenses, representations and promises as to material facts;

8.      On or about each of the dates listed below, for the purpose of executing and carrying out the scheme, Defendant EDWARD P. MAY did knowingly cause to be delivered by the United States Postal Service or by interstate commercial carrier, numerous documents and checks relating to the fraudulent LLCs, which were either mailed from the Eastern District of Michigan to investors, who were located in Michigan and in a number of other states, or from investors in Michigan and other states to the Eastern District of Michigan, in order to further and to execute the scheme to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises;

9.      Each of the following constitutes a separate count of mail fraud:

| Count | Date On or About | Mailing Origination and Destination | Sender/ Recipient | Item(s) Mailed | LLC Investment |
|-------|------------------|-------------------------------------|-------------------|----------------|----------------|
| 1 | October 2004 | Lake Orion, MI to Morristown, NJ | G.M. | Letter to Prospective Investor/Offering Memorandum/ Operating Agreement | Desert Project Five |

| 2 | October 2004 | Morristown, NJ to Lake Orion, MI | G.M. | $29,010.00 Investment Check | Desert Project Five |
|---|---|---|---|---|---|
| 3 | November 2004 | Cincinnati, OH to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | Desert Project Five |
| 4 | April 2005 | Lake Orion, MI to Morristown, NJ | G.M. | Letter to Investor Re: Cost of Equipment, Income Guarantee, and Income Increase | Desert Project Five |
| 5 | August 2005 | Lake Orion, MI to Morristown, NJ | G.M. | Letter to Investor Re: Management Fees | Desert Project Five |
| 6 | August 2005 | Lake Orion, MI to Morristown, NJ | G.M. | Distribution Statement and $325.59 Distribution Check | Desert Project Five |
| 7 | October 2005 | Lake Orion, MI to Morristown, NJ | G.M. | Letter to Investor Re: Income and Distributions | Desert Project Five |
| 8 | October 2005 | Lake Orion, MI to Morristown, NJ | G.M. | Distribution Statement and $282.18 Distribution Check | Desert Project Five |
| 9 | January 2006 | Lake Orion, MI to Morristown, NJ | G.M. | Distribution Statement and $549.53 Distribution Check | Desert Project Five |
| 10 | July 2006 | Lake Orion, MI to Morristown, NJ | G.M. | Distribution Statement and $512.23 Distribution Check | Desert Project Five |
| 11 | February 2007 | Lake Orion, MI to Morristown, NJ | G.M. | Distribution Statement and $1,345.00 Distribution Check | Desert Project Five |

| 12 | **June 2007** | Lake Orion, MI to Morristown, NJ | G.M. | Distribution Statement and $1,140.76 Distribution Check | Desert Project Five |
|---|---|---|---|---|---|
| 13 | **September 2005** | Lake Orion, MI to Boca Raton, FL | M.S. and B.S. | Letter Inviting Participation in the Project | Desert Project Fifteen |
| 14 | **September 2005** | Boca Raton, FL to Lake Orion, MI | M.S. and B.S. | $25,117.00 Investment Check | Desert Project Fifteen |
| 15 | **September 2005** | Boca Raton, FL to Lake Orion, MI | M.S. and B.S. | Executed Subscription Agreement | Desert Project Fifteen |
| 16 | **January 2006** | Cincinnati, OH, to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | Desert Project Fifteen |
| 17 | **February 2006** | Lake Orion, MI to Boca Raton, FL | M.S. and B.S. | Distribution Statement | Desert Project Fifteen |
| 18 | **March 2006** | Lake Orion, MI to Boca Raton, FL | M.S. and B.S. | Letter Re: Incorrect February 2006 Distribution Check | Desert Project Fifteen |
| 19 | **April 2006** | Lake Orion, MI to Boca Raton, FL | M.S. and B.S. | Distribution Statement | Desert Project Fifteen |
| 20 | **January 2006** | Cincinnati, OH to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | Nevada Mix Project Two |
| 21 | **February 2006** | Troy, MI to Grosse Ile, MI | P.J. | Cover Letter from Doeren Mayhew and Schedule K-1 | Nevada Mix Project Two |
| 22 | **March 2006** | Navarre, FL to Lake Orion, MI | P.J. | Letter Re: Change of Address | Nevada Mix Project Two |
| 23 | **October 2006** | Lake Orion, MI to Navarre, FL | P.J. | Distribution Statement | Nevada Mix Project Two |
| 24 | **November 2006** | Lake Orion, MI to Navarre, FL | P.J. | Distribution Statement | Nevada Mix Project Two |

8

| 25 | November 2006 | Lake Orion, MI to Navarre, FL | P.J. | Letter Re: November 2006 Checks and Request for Direct Deposit Information | Nevada Mix Project Two |
|---|---|---|---|---|---|
| 26 | December 2006 | Lake Orion, MI to Navarre, FL | P.J. | $1,414.54 Distribution Check | Nevada Mix Project Two |
| 27 | January 2007 | Navarre, FL to Lake Orion, MI | P.J. | Letter in Response to Request for Direct Deposit Information | Nevada Mix Project Two |
| 28 | February 2007 | Troy, MI to Grosse Ile, MI | P.J. | Cover Letter from Doeren Mayhew and Schedule K-1 | Nevada Mix Project Two |
| 29 | July 2007 | Lake Orion, MI to Navarre, FL | P.J. | Letter Re: Delay in Instituting Direct Deposit System | Nevada Mix Project Two |
| 30 | November 2006 | Lake Orion, MI to West Bloomfield, MI | B.A. | Offering Memorandum | Bahamas Project Two |
| 31 | November 2006 | West Bloomfield, MI to Lake Orion, MI | B.A. | Executed Subscription Agreement | Bahamas Project Two |
| 32 | November 2006 | West Bloomfield, MI to Lake Orion, MI | B.A. | $122,000.00 Investment Check | Bahamas Project Two |
| 33 | April 2007 | West Bloomfield, MI to Lake Orion, MI | B.A. | $122,000.00 Investment Check | Bahamas Project Two |
| 34 | February - March 2007 | Cincinnati, Ohio to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | ATL Project One |
| 35 | December 2006 | Lake Orion, MI to Lake Forest, CA | R.G. | Offering Memorandum | ATL Project One |
| 36 | December 2006 | Lake Forest, CA to Lake Orion, MI | R.G. | Executed Operating Agreement | ATL Project One |

| 37 | **December 2006** | Lake Forest, CA to Lake Orion, MI | R.G. | $28,500.00 Investment Check | ATL Project One |
|---|---|---|---|---|---|
| 38 | **July 2007** | Lake Orion, MI to Lake Forest, CA | R.G. | Letter Re: Delivery of Monthly Distributions | ATL Project One |
| 39 | **January 2006** | Lake Orion, MI to Morristown, NJ | G.M. | Offering Memorandum | New Jersey Project Three |
| 40 | **January 2006** | Morristown, NJ to Lake Orion, MI | G.M. | $31,360.00 Investment Check | New Jersey Project Three |
| 41 | **June 2006** | Cincinnati, Ohio to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | New Jersey Project Three |
| 42 | **December 2006** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |
| 43 | **January 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | $3,553.04 Distribution Check | Cal Indi Two |
| 44 | **February 2007** | Cincinnati, Ohio to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | Cal Indi Two |
| 45 | **February 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |
| 46 | **February 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | $3,599.04 Distribution Check | Cal Indi Two |
| 47 | **March 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |
| 48 | **April 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |
| 49 | **April 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | $3,601.04 Distribution Check | Cal Indi Two |
| 50 | **May 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |
| 51 | **June 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |

| 52 | **June 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | $3,601.04 Distribution Check | Cal Indi Two |
| 53 | **July 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | Distribution Statement | Cal Indi Two |
| 54 | **July 2007** | From Lake Orion, MI to Waterford, MI | D.S and L.S. | $3,601.04 Distribution Check | Cal Indi Two |
| 55 | **June 2007** | Cincinnati, OH to Lake Orion, MI | U.S. Dept. of Treasury | Form SS-4 Assigning Employer ID # | WH New York Project Five |
| 56 | **June 2007** | Waterford, MI to Sacramento, CA | M.L. | Offering Memorandum | WH New York Project Five |
| 57 | **July 2007** | Waterford, MI to Sacramento, CA | M.L. | Subscription Agreement | WH New York Project Five |
| 58 | **July 2007** | Sacramento, CA to Waterford, MI | M.L. | $48,500.00 Investment Check | WH New York Project Five |
| 59 | **July 2007** | Waterford, MI to Sacramento, CA | M.L. | Investment Recap | WH New York Project Five |

10.     All in violation of Title 18, United States Code, Section 1341.

## FORFEITURE ALLEGATIONS
(Criminal Forfeiture -18 U.S.C. § 981(a)(1)( C ) & 28 U.S.C. § 2461)

Pursuant to 18 U.S.C. § 981(a)(1)( C ) in conjunction with 28 U.S.C. § 2461, if convicted

of the violations charged in Counts One through Fifty-Nine of this Indictment, or any one or

more of them, the defendant, EDWARD P. MAY, shall forfeit to the United States any property,

real or personal, which constitutes or is derived from gross proceeds traceable to a violation or

violations of 18 U.S.C. § 1341 (Mail Fraud).

Upon conviction, the United States will request that a forfeiture money judgment in its

favor in the amount of approximately $35,000,000.00, representing the gross proceeds derived

from or traceable to the mail fraud offenses enumerated in this Indictment, be entered against the

defendant, EDWARD P. MAY.

If, as a result of any act(s) or omission(s) of the defendant, EDWARD P. MAY, any of the proceeds or property described in the preceding paragraph cannot be located upon the exercise of due diligence; have been transferred, sold to, or deposited with a third party; have been placed beyond the jurisdiction of the court; have been substantially diminished in value; or, have been commingled with other property which cannot be divided without difficulty, EDWARD P. MAY shall forfeit any other property he has up to the value of such proceeds or property to the United States, as provided under 21 U.S.C. § 853(p)(2).

THIS IS A TRUE BILL.

*s/Gand Jury Foreperson*
FOREPERSON
Dated: October 1, 2009

TERRENCE BERG
United States Attorney


*s/Sheldon Light*
SHELDON LIGHT
Assistant U.S. Attorney
Unit Chief, Economic Crimes Unit


*s/Stephen L. Hiyama*
STEPHEN L. HIYAMA (P32236)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9674
E-mail: Stephen.Hiyama@usdoj.gov


*s/Sarah Resnick Cohen*
SARAH RESNICK COHEN (P51968)
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9637
E-mail:Sarah.Cohen@usdoj.gov

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:2:09-cr-20482<br>Judge: Murphy, Stephen J<br>MJ: Komives, Paul J |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com|

Filed: 10-01-2009 At 04:15 PM

INDI USA V. SEALED MATTER (DA)

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes**        ☐ **No** | **AUSA's Initials:** |

**Case Title:** USA v. D-1 Edward P. May

**County where offense occurred :**  Oakland

**Check One:**        **( x ) Felony**        **(  ) Misdemeanor**        **(  ) Petty**

   **X** Indictment/_____Information --- **no** prior complaint.
   _____Indictment/_____Information --- based upon prior complaint [**Case number:** ]
   _____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____        **Judge:**_____

☐    Original case was terminated; no additional charges or defendants.
☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                                **Charges**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 1, 2009
        Date

STEPHEN L. HIYAMA
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9674
Fax: (313) 226-2873
E-Mail address: Stephen.Hiyama@usdoj.gov
Attorney Bar #:  P32236