UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                No. 09-CR-20482

-vs-

                                Hon. Arthur J. Tarnow

D-1   EDWARD P. MAY,

        Defendant.
_____/

**FILING OF CORRECT INDEX OF EXHIBITS FOR SUPPLEMENT
TO GOVERNMENT'S COMBINED RESPONSE TO DEFENDANT'S
MOTION TO DISMISS INDICTMENT OR TO SUPPRESS EVIDENCE**

      The United States of America hereby files the correct Index of Exhibits

for the Supplement to Government's Combined Response to Defendant's

Motion to Dismiss Indictment or to Suppress Evidence, which was filed

yesterday, June 24, 2010.  The government regrets the error.

          Respectfully submitted,

          BARBARA L. MCQUADE
          *United States Attorney*

          s/Stephen L. Hiyama
          STEPHEN L. HIYAMA
          *Assistant United States Attorney*
          phone:   313-226-9674
          e-mail:   stephen.hiyama@usdoj.gov
          bar no.:   P32236

          s/Sarah Resnick Cohen
          SARAH RESNICK COHEN
          *Assistant United States Attorney*
          211 West Fort Street, Suite 2001
          Detroit, Michigan  48226
          phone:   313-226-9674
          e-mail:   sarah.cohen@usdoj.gov
Date:  June 25, 2010          bar no.:   P51968

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              No. 09-CR-20482

-vs-

                              HON. ARTHUR J. TARNOW

D-1    EDWARD P. MAY,

        Defendant.
_____/

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2010, I electronically filed the Filing of Correct Index of Exhibits for Supplement to Government's Combined Response to Defendant's Motion to Dismiss Indictment or to Suppress Evidence with the Clerk of the Court using the ECF system, which will send notification of such filing to the following ECF participant(s): Harold Gurewitz.

                                            s/Stephen L. Hiyama
                                            STEPHEN L. HIYAMA
                                            *Assistant United States Attorney*
                                            211 West Fort Street, Suite 2001
                                            Detroit, Michigan   48226-3220
                                            phone:    313-226-9674
                                            e-mail:    stephen.hiyama@usdoj.gov
Date:  June 25, 2010                          bar no.:   P32236