Dear Judge Tarnow;

I am here today humiliated and ashamed and accept full responsibility for my part in having this tragedy touch so many innocent and caring people. I am ashamed that even one person lost one dollar because of me.

While everyone that comes before this court under similar circumstances is remorseful and sorry for what he did most if not all are more sorry they got caught. I am here not because I got caught but because I came forward to put an end to horrific behavior.

While I do not fully understand all of the psychiatric reasons that caused my behavior it was not until one of my friends, a local attorney, insisted that I go to a Psychiatrist friend of his did I realize that I have a terrible disease, a gambling addiction, that no one, not my wife, my children or my friends, or even myself saw.

My father died with me alone in his hospital room when I was 15. I did not know until I started my treatment how that affected my entire life. The remaining adult male members of my family were an uncle who was a wife abuser and an uncle who although a nice enough guy was an alcoholic and a gambler. The rest of my life is a series of bad choices one after the other with people forever bailing me out of problems or eventually throwing money at me and because I wanted so much for people to look up to me I did what ever it took to get that approval. The more money they threw at me the more I gambled without realizing it and eventually it all just fell apart.

When I went to my attorney friend and decided to turn myself into the government I had dozens of people call me and ask me how much money I needed to keep things going. I didn't take another cent. I want the court to know that I provided the US Attorney with checks totaling more that 34 million dollars that I could have cashed but did not. In the few weeks leading up to my coming forward I took over one and half million dollars I had in a safe deposit box and put it all in the bank to do what I could for the investors. I had continuously hoped that the businesses I invested in were going to pay back the investors.

Dear Judge Tarnow;

I am here today humiliated and ashamed and accept full responsibility for my part in having this tragedy touch so many innocent and caring people. I am ashamed that even one person lost one dollar because of me.

While everyone that comes before this court under similar circumstances is remorseful and sorry for what he did most if not all are more sorry they got caught. I am here not because I got caught but because I came forward to put an end to horrific behavior.

While I do not fully understand all of the psychiatric reasons that caused my behavior it was not until one of my friends, a local attorney, insisted that I go to a Psychiatrist friend of his did I realize that I have a terrible disease, a gambling addiction, that no one, not my wife, my children or my friends, or even myself saw.

My father died with me alone in his hospital room when I was 15. I did not know until I started my treatment how that affected my entire life. The remaining adult male members of my family were an uncle who was a wife abuser and an uncle who although a nice enough guy was an alcoholic and a gambler. The rest of my life is a series of bad choices one after the other with people forever bailing me out of problems or eventually throwing money at me and because I wanted so much for people to look up to me I did what ever it took to get that approval. The more money they threw at me the more I gambled without realizing it and eventually it all just fell apart.

When I went to my attorney friend and decided to turn myself into the government I had dozens of people call me and ask me how much money I needed to keep things going. I didn't take another cent. I want the court to know that I provided the US Attorney with checks totaling more that 34 million dollars that I could have cashed but did not. In the few weeks leading up to my coming forward I took over one and half million dollars I had in a safe deposit box and put it all in the bank to do what I could for the investors. I had continuously hoped that the businesses I invested in were going to pay back the investors.

I did not use investor money to live a grand life style. I have now been undergoing therapy for 3 ½ years. I think about gambling every day but now that my family and what friends I have left know about it I have the support I need to control the terrible urge. It would have been better for me, my family and everyone who got hurt if I had an addiction that people could see, I would have gotten help and not be where I am today. This does not excuse what I did but at least I know why it happened.

I began a series of proffers to the government. I also signed over all my assets to a conservator and at the request of the government I also met with and provided him with extensive information. I was also asked by the government to cooperate and allow my statements to be shared with the Securities Exchange Commission, and I agreed and I aided that agency in its investigation. I never asked for any deals or anything at all from the government only that they make sure that other wrong doers were held responsible for their parts in the schemes. I was completely truthful in my statements to the government and withheld nothing.

All tolled I provided the government and the conservator with more than 80,000 documents, hundreds of hours of work and information and supported evidence that so far has resulted in the recovery of millions of dollars and will lead to the recovery of hopefully millions more with my help in the future which I will give without reservation. I don't know what could be more proof of my caring what happens to all those hurt by my acts than to help them recover as much money as they can.

My wife and I had a great relationship and she simply trusted me to always be doing the right thing and most but not all of my children had the same trust. None of them knew of my addiction and if they had known we would not be standing here today. When I told my wife what I had done her first words to me were " How could you do this to our family all who love you more than anything in this world?

Unbelievable to me my relationship with my wife and with my children has become even stronger during this terrible time in all of our lives. Their support has been unending and we as a family are committed to do what ever it takes to survive this ordeal and come out as an even stronger family and hopefully right the wrongs.

My wife is devastated, humiliated and has lost most of her friends because of me and the fact that a lot of those friends were duped by me to get money to gamble. My children and their spouses are certainly hurt as they were led to believe that I was the ultimate father and grand father. I am overwhelmed with depression every time I leave all of them to think that I might not see them grow older and achieve what I believe they will achieve.

Both my wife and I are care givers for each other, I am 75 and my wife will be 70. We have come to rely on each other for our daily survival. How disheartening to know that my wife will be alone and most probably will die of a broken heart as will i. in the past four years three of my four closest friends died. Those losses were devastating.

I have been for the past six years a 24 hour seven day member of the esophageal cancer support group at the University of Michigan. I get calls from all over the state from people who are to undergo or have undergone the removal of their esophagus, a scary and life shortening procedure. I talk to and visit them at home or in the hospital when needed.

I would like the Court to know I have six children but am estranged from two of them and do not see their children but I have a strong and loving relationship with my other four sons and their families including nine of my thirteen grandchildren. I have spent the last month telling my older grandchildren what I did, why it happened and hoping to keep their love and respect by making amends if possible. They are of course extremely upset but not one of them was anything but supportive. I cannot even imagine not holding my three year old grandson who has bonded with me like a grandfather and grandson should bond or of knowing that my six month old granddaughter will not grow up with a grandfather. I am the only surviving grandfather for all of my grandchildren.

If I could undo all that has happened I would do it in a second but that is of course not possible. I know that this court has an obligation to see that justice is done for both the victims of this tragedy and to send a message to others that would do the same thing but justice also is served by sentencing me in a way that allows me to return to society and work to do good things.

CASSIUS A. DEFLON, M.D., P. C.
SUITE 273
BINGHAM FARMS PLAZA SOUTH
30100 NORTH TELEGRAPH
BINGHAM FARMS, MI 48025-5806
(248) 647-7577
August 10, 2011

To whom it may concern:

Re: Mr Edward May
84 Sandhills Lane
Lake Orion, MI 48362
DOB: 9/20/36

I have been Mr. May's psychiatrist since I started working with him in once a week psychotherapy in late September, 2008. Our work is ongoing. He had no previous history of psychiatric contact or substance abuse problems. I would refer you to his internist, Timothy Dickson, MD for a review of his other medical problems.

Mr. May was referred to me by his lawyer at that time, Mr. Ronald Gold, because of depression and anxiety. Mr. May had been running a Ponzi scheme for many years to feed his gambling problem. He finally realized that his life was getting out of control, and he turned himself in to Mr. Gold in April of 2007.

The more that he talked to me, the more that it became clear that he was suffering from a gambling addiction. I was able to trace the roots back to his adolescence which is common in men who have a gambling problem. He states that there have been gamblers on both sides of his family. A landmark event was the death of his father from complications from brain tumor surgery. Mr May was 15 at that time, and he found out after his father's death that his father had been involved with the Purple Gang of Detroit. His gambling problem developed more from that time. He became involved with sports gambling and bookies in high school. Some years later he lost his law license when he was convicted of bouncing checks in business ventures. Yet he could function successfully as a businessman. However, friends invited him to Las Vegas after his second marriage in the early 70's. His gambling problem got more and more out of control, as he tried to fund it with his developing Ponzi scheme.

He has frankly admitted to me that he has lied, cheated, and deceived people extensively to feed his gambling addiction. As he struggles to confront his denial of his addiction problem, he has become quite depressed, even suicidal. He has lost a lot of friends who invested with him and lost money, and he currently suffers from low self-esteem and depression. He periodically shows signs of suicidal risk, and I have discussed this with family members, including his wife. As he takes more and more responsibility for his gambling addiction, he feels a lot of remorse for what he has done to friends and family.

His gambling addiction appears to have been a pathological way to boost his self-esteem. These issues, still under investigation, probably contributed to the breakup of his first marriage, which had a contentious divorce. He is estranged from two of his children from that marriage, in spite of his efforts to repair those relationships.

He has good relationships with the other two children from his first marriage. He made a good loving second marriage to his present wife Carol. I have met her in my office. He adopted her son from a previous relationship, whose father had abandoned him. He and Carol have one son together. All in all his relationships are improving, and he is very close to his grandchildren made available to him by his sons.

In my assessment his personal relationships with his family continue to improve. To me this means that he is making healthy progress in controlling his need to gamble, and his self-esteem. He does not gamble now.

On the mental status examination, he comes across as a depressed, decent likable man who is quite remorseful for the way that he has treated people in the past. He wants to make amends.

Sincerely,

Cassius A. DeFlon, MD

Cassias A. DeFlon, MD, psychiatrist

August 9, 2011

Dear Judge Tarnow,

My name is Carol May and I am writing to you on behalf of my husband, Edward May who will appear before you for sentencing.

It is unbelievable to me that this has happened to our family. Ed and I have six children and 13 grandchildren. We have been married for almost 40 years. We were just a normal family until one evening four years ago when Ed came to me and told me what he had gotten involved in. Needless to say, I was stunned! He told me that on that day he had gone to a trustee / receiver and from there reported what he (and others) had done. He had taken what money we had and given it to people he had taken money from until we had nothing left. The next day two men came to our home and pleaded with Ed to take as much money from them as he needed to keep "investments" going. Ed refused, saying he couldn't do it any longer whatever the consequences to himself may be. He hadn't been aware that the man he was doing business with had told people to take out mortgages on their homes to invest.

Though Ed did wrong, he never intended to hurt anyone and I have been told he would tell them "not to invest money they couldn't afford to lose". Ed tried to put a stop to all of this for a long time, but it just snowballed to where he couldn't do it any longer. There are no excuses for what he has done to others, our family and himself. There are not words to describe the remorse he has felt for the past four years.

Our children are all grown and married with children of their own. They were as shocked as I over this, feeling hurt and betrayed by their dad. Fortunately their love for their dad was strong enough for them to stand by him. They saw the shame and the pain that he was feeling which still remains today and I am sure will be with him for the rest of his life. Ed is filled with guilt and remorse. Nothing hurts more than to know you have hurt your children.

I stand by Ed as well because I know in my heart he is not a bad person. He has always been kind and generous to anyone who needed help. One Christmas comes to mind from many years ago when our children were young, we found out on Christmas Eve that there was a family, friends of one of our kids that couldn't afford gifts. Ed took one gift from each of our children and delivered them to this family. We have given gifts to the poor every year since. On Thanksgiving he delivers turkeys to shelters or families that we know are in need. I can't begin to tell you how many donations to the veterans and our church. This is not a bad or mean man, merely a man who took a wrong turn in the road along the way and will pay dearly, full of regret, for the rest of his life.

A little over three years ago Ed began seeing a physiatrist  He see's him weekly to this day. There was a problem with gambling which as with an alcoholic I know will always be with him. However, it has been over four years since he has been to a casino or done any gambling of any kind. I am sure it will stay that way as he knows it is a problem that he has to handle.

And now, today, I come to you begging for your leniency. Health reasons would be first and for most on my mind, both Ed's and mine. Ed is 75 years old, had a major surgery eight years ago where his esophagus was removed causing him to be a a very stringent diet. If he varies from this diet he becomes very ill. He also has heart issues for which he is being treated. I am almost 70; I have RA and Lupus and am unable to do a lot of things for myself. Ed takes very good care of me and I don't know what I would do without him. I truly believe he would die in jail and I would die here of a broken heart if nothing else.

Then there are our children and grandchildren. So many broken hearts. Our children are dealing with it as best they can though very afraid for their dad and I should he go to jail. The teen grandchildren know somewhat, but don't discuss it with their grandfather as I believe it just hurts too much to think they could lose him. The littlest one's, a three year old who loves his grandpa so very much would be crushed not to see him again. Our youngest is just 4 months old and would never know her grandpa. I must add to that the fact that Ed is the only living father / grandfather that all of them have. He is the backbone of our family and I can't even imagine our lives without him.

Over this past year, at 75 yrs old, Ed has taken on two jobs, working to support us and a goal of earning money to try to make restitution to the people he has hurt.

I have heard that you are a very fair man but I also understand that you have to do what you have to do according to the law and maybe you have no choices. Knowing that, I pray daily that you are able to find it in your heart to spare what is a good and kind man, his children, grandchildren and myself the horrible pain that could come from your decision.

Respectfully,

Carol May

Carol May

July 16, 2011

Honorable Arthur Tarnow
U.S. District Court
Detroit, Michigan

Dear Sir:

I am writing this letter on behalf of my husband Melvin Clayton and myself. We are writing with regards to my brother Edward May and our sister-in-law Carol May and their children and grandchildren.

The events of the last several years have been devastating to us all. Thankfully, we have lifelong friends who have been very supportive. Ed and Carol have been left with almost no support at all. The hurt and humiliation from Ed's situation have crushed our family. My children have always loved their uncle, but find it difficult to reconcile the man who has always tried to be there for them with the man who is responsible for this horrible situation. Carol has cut herself off from almost everyone but us, and is very depressed. All of the people who were their friends for years no longer talk to them. Carol will not go anywhere near our home for fear of running into someone who might recognize her or Ed. Their sons have suffered disgrace and financial hardship because of this. Everyone in the family has suffered in one way or another. Their teenage and young adult grandchildren have always seen Ed as the best grandpa in the world. I can only imagine what is going on in their minds and hearts as they are not talking about it at all.

As retired social workers, we are both concerned about the physical and emotional changes we have seen in Ed over the past year or so. He has had a great many health problems and is now very quiet and depressed. He has talked about the fact that by the time this ends he probably will be gone anyway. As a sister I worry a great deal about him being suicidal and not discussing it. He is under the care of a therapist who encouraged him to spend time talking with me about our growing up years and how our life changed after the death of our father in 1952. I was heartbroken when he told me he could not recall anything from the day of my dad's funeral through the next twenty years, as it means he has blocked out so many important events; births, marriages, deaths, etc. The sorrow he feels about this is, I think, overwhelming. He openly says the hardest thing of all does not understand how he could not stop himself from hurting everyone he loves. I know much of this stems from the sudden trauma of my father's death and the responsibilities forced on him at 15 years old. He has had a gambling addiction for many years and it has destroyed all of us. Yet, he has always been a wonderful father, husband and brother. All we can say is we are all hurting badly and cannot help Ed or Carol except by continuing to be there for them no matter what.

Your honor, we sincerely thank you for reading this letter and for any consideration you give in this matter.

Sincerely,

Melvin and Diane Clayton

Page 1 of 1

Dear Judge Tarnow,

My wife Carole and I are a retired couple of middle class. We have been good friends with Ed May for over twenty years and hope for another twenty.

Ed is a very caring person that we have personally observed thru the years. For example he bought our disabled son a new winter coat, hat and gloves out of the goodness of his heart. He also has donated money to a family that had lost everything in a house fire. He does care for his fellow man and would not set out to hurt anyone.

We have observed Ed over the years with his family and friends and found him extremely loyal. Would do anything if possible to help people: for example ( he made many phone calls and emails trying to find our son-in-law employment after losing his job).
Ed is a very loving man to his wife, children and grand children. We have no problem trusting him a personal or business way.

We wish to thank you Judge Tarnow for your time and patience in reading this letter.

Sincerly
Philip Marshall
Carole Marshall

*Philip Marshall*
*Carole Marshall*

Thursday, July 14, 2011 AOL: Marshallsil

BERTON K. MAY
872 ASHLEE COURT
NORTON SHORES, MI 49441
BKMESQ@AOL.COM
231.747.7322

Honorable Arthur Tarnow
US District Court
231 W Lafayette Blvd Rm 124
Detroit, MI 48226

July 10, 2011

RE: Edward May

Dear Judge Tarnow:

In my over 20 years of legal practice, this is the most difficult letter I have been asked to write as it involves my father, Edward May. You should be aware that I considered not writing this letter. As a member of the State Bars of Michigan and Ohio and an advisor member of the SBM Standing Committee on Character & Fitness as well as a hearing panelist for the Attorney Discipline Board my reputation is extremely important. I do not undertake writing this letter lightly.

I wish to give you a short background. My father was always around and involved while my siblings and I were growing up. Coaching baseball, carpooling to Sunday school and catching Tigers games were some of the things I recall him doing when I was growing up, even after my parents divorced. In 1984, after I got engaged and applied to law school my father and I had a falling out, I cannot even recall what started it, but it lasted for about 15 years. We did not speak during that time. Eventually, because time heals wounds, and with the encouragement of my then 10 year old daughter who knew she had a grandfather she had never met, around 1999/2000 we mended those fences and agreed to lay our past issues to rest.

My brothers, Jeff, Mike and Matt also enjoy a good relationship with our father. We would play golf together, get together for Holidays and family events or just go out. My daughters would spend time with him and my middle daughter, who worked at Tamarack Camp in Ortonville, 3 hours from home, would go visit him overnight when she had a day off of work. I viewed him as an involved parent and caring grandparent.

During this time I had no idea about his business activities. There was really no sign or indication of his activities or the amount of money involved. He did not drive a fancy car, live in an overtly expensive area or appear to have a lavish lifestyle. He did travel to Las Vegas a lot but all of us were under the impression it was business related. The first time I was made aware of any improper business activities was when he approached me after he had already retained attorney Ronald Gold and contact had been made with the Federal Authorities. I was asked to provide him legal counsel on some limited civil issues and to assist him in locating a criminal defense attorney, which I did and he retained Harold Gurewitz.

At the peak of all this, in 2009, I moved from the metro-Detroit area to Muskegon where I currently practice law. I was starting a new practice while relocating my family. This was time consuming and combined with the distance I ceased being involved in his legal issues and returned to only being his son. My heart went out to him and his difficulties but, at the same time, the circumstances forced me to keep a distance.

With this background I can now tell you my thoughts on this situation. It clearly was of my Dad's own making. As a lawyer and officer of the court I am astounded. As his son I am shocked and embarrassed. I feel deeply for what my stepmother, Carol May, has to live with on a daily basis. I know she is embarrassed and ashamed to even go out in public in the small town they live in. That is something he will have to live with irrespective of what his ultimate sentence may be.

In my opinion, Ed May is both to blame and to be pitied. In my dealings with him after this all became public he has been extremely remorseful. It is apparent that it was never his intent to hurt anyone. People ignored a lesson that I learned relatively young. "If something appears too good to be true, it probably is". From what I have learned and without justifying his actions his scheme took on a life of its own and people were basically throwing money at him. The offers to invest continued even after the whole thing became public. This combined with what we now find out is a gambling addiction seems to have made it "too good to be true" from my father's point of view too. While he apparently knew it was wrong, at the same time it seems he couldn't control it or stop, by this time too many people were involved and relying on him. My Dad has an almost obsessive desire to be successful and to please people. I provide this opinion as my observation, not an excuse. He explained to me that these obsessive traits led him into intensive therapy the past few years for a gambling addiction.

Throughout this ordeal, my stepmother has stood by my Dad despite all this and her embarrassment. In addition she has significant health issues and relies heavily on him for emotional support. He has always been there for her and vice versa. At his age and with his health issues ripping them apart for an extended period of time will likely punish her more than him. Justice can be served without sending him to prison for extended years, which could realistically being a life sentence, and without punishing innocent third parties.

I would ask that you move forward at sentencing with a decision that takes all of this into consideration. Somewhere there is a sentence that tempers the need for justice with empathy for his family. The object of sentencing is justice rather than vengeance. I do not envy you or the decisions you have to make in this matter.

Sincerely,

Berton K. May

2358 Browning Drive
Lake Orion, MI 48360

Judge Arthur Tarnow
U.S District Court
Detroit, MI

Dear Judge Arthur Tarnow;

I am writing in regard to Ed May. My name is Rob McAlpine, My wife and I have lived in Lake Orion for over 25 years, and raised our family here. I work as an engineer for General Motors Powertrain Division in Pontiac. We have known Ed and Carol May since 1998, when they moved in next door to us. Ed and Carol were exemplary neighbors, and we continue to stay in touch with them even thou they moved away in 2005.

While Ed and Carol were our neighbors, we built a good friendship, not only between the four of us, but both entire families. From my experience, Ed has strong family values, and values friendships. He has always been thoughtful, and goes out of his way to help others. While we never discussed the specifics of his situation, he has stated that he is regretful for what had happened, and the people that got hurt.

I've known Ed May for over 13 years, in that time he quickly became more that a neighbor, but someone I'd gladly call a friend. We often trusted him with our two sons while they were growing up. He would continually take time for others, and always displayed sincerity and integrity. Ed has displayed he is a person of integrity, who I can and do trust.

If you have any questions, or want any other information, Please feel free to contact me.

Sincerely;

Robert S. McAlpine



**dgbco.**
*diversified group benefits company*
*a financial services corporation*

42690 Woodward, Suite 360
Bloomfield Hills, MI 48304
248.454.1025
www.dgbco.net

July 22, 2011

Judge Arthur Tarnow
U.S. District Court
Detroit, Michigan

Re: Edward May

Your Honor,

I have been the President / Owner of an insurance agency in Bloomfield Hills, Michigan for the past 25 years. We currently employ Ed May as the head of our marketing department. Ed has been in this position since June of 2010. I met Ed May in 1984 through a common Friend.

Ed has brought to my attention his current legal circumstances because of a past business he was involved in. He has confided in me that he is deeply saddened and remorseful of any hurt he has caused the people involved in this past business arrangement.

I am please that he was forthcoming and confident in sharing with me his current circumstances and their possible outcome. Over the past year Ed has become an integral part of our operation. Through his efforts and expertise he has helped my business grow in a very difficult economic time. I am very interested in retaining him in his current position. We feel that with his help he keeps our organization growing which allows us to continue to hire new staff, which is important for everyone in Michigan.

Over the past 25 years I have had the chance to observe Ed as a father, husband and grandfather. In my eyes, he has conducted himself in these relationships with love, kindness and respect. He has raised his children to become productive members of society and they have gone on to make great achievements in our business community. Ed instilled strong values in his children so they in turn are raising responsible and productive children of their own.

From my perspective, Ed has shown a beneficial influence in his community through his family and his business activities. Please consider these positive observations of the Ed May I have known over the past 25 years as you reflect on any leniency in his sentencing that may be possible.

Sincerely,

Mark M. Ward

Securities and Investment Advisory Services offered through Capital Analysts Incorporated. A Broker-Dealer and Registered Investment Advisor. Member NASD/SIPC

July 16, 2011

Honorable Arthur Tarnow
U.S. District Court
Detroit, Michigan

Dear Sir:

I am writing this letter on behalf of my husband Melvin Clayton and myself. We are writing with regards to my brother Edward May and our sister-in-law Carol May and their children and grandchildren.

The events of the last several years have been devastating to us all. Thankfully, we have lifelong friends who have been very supportive. Ed and Carol have been left with almost no support at all. The hurt and humiliation from Ed's situation have crushed our family. My children have always loved their uncle, but find it difficult to reconcile the man who has always tried to be there for them with the man who is responsible for this horrible situation. Carol has cut herself off from almost everyone but us, and is very depressed. All of the people who were their friends for years no longer talk to them. Carol will not go anywhere near our home for fear of running into someone who might recognize her or Ed. Their sons have suffered disgrace and financial hardship because of this. One son graduated as valedictorian from his law school and is being forced to go through a morals hearing to get his license, even though he had nothing to do with this at all. Everyone in the family has suffered in one way or another. Their teenage and young adult grandchildren have always seen Ed as the best grandpa in the world. I can only imagine what is going on in their minds and hearts as they are not talking about it at all.

As retired social workers, we are both concerned about the physical and emotional changes we have seen in Ed over the past year or so. He has had a great many health problems and is now very quiet and depressed. He has talked about the fact that by the time this ends he probably will be gone anyway. As a sister I worry a great deal about him being suicidal and not discussing it. He is under the care of a therapist who encouraged him to spend time talking with me about our growing up years and how our life changed after the death of our father in 1952. I was heartbroken when he told me he could not recall anything from the day of my dad's funeral through the next twenty years, as it means he has blocked out so many important events; births, marriages, deaths, etc. The sorrow he feels about this is, I think, overwhelming. He openly says the hardest thing of all does not understand how he could not stop himself from hurting everyone he loves. I know much of this stems from the sudden trauma of my father's death and the responsibilities forced on him at 15 years old. He has had a gambling addiction for many years and it has destroyed all of us. Yet, he has always been a wonderful father, husband and brother. All we can say is we are all hurting badly and cannot help Ed or Carol except by continuing to be there for them no matter what.

Your honor, we sincerely thank you for reading this letter and for any consideration you give in this matter.

Sincerely,
Melvin and Diane Clayton

July 15, 2011

Honorable Arthur Tarnow
U.S. District Court
231 W. Lafayette
Federal Building
Detroit, MI 48226

RE: Edward May

Dear Judge Tarnow:

I am writing on behalf of Mr. Edward May. I have been acquainted with Mr. May for a number of years, both as a friend and having him as a customer at Tire Warehouse where I am employed as General Manager.

I am not aware of the details of his personal circumstances, however, we have had many conversations about his regrets that he had an affect on other people and how sad it makes him and me.

I know he is a good father, grandfather and neighbor and I have had many occasions to meet with some of his family and they all seem to be very nice and have a very good relationship.

I feel I could trust Mr. May completely if I were to have any opportunity to become involved with him in any future business venture.

I appreciate the opportunity, and wish to thank the Court for allowing me to express my opinion of Mr. May's character.

Very truly yours,

Donald Truscott
250 N. Park Blvd.
Lake Orion, MI 48362

Dear Judge Tarnow;

My name is Bob Huston and I have been a full time real estate agent since 1986 and currently working for Century 21 Re 217 in Oxford, Mi and have since April 2000.

I think I first met Ed at the Country Coney in Oxford and we struck up a conversion and I eventually became Ed's realtor and friend.
I have known Ed and Carol May for approximately 13-14 years both as a friend and their real estate agent. During this period of time as both a friend and realtor I have know Ed to be very considerate and Loyal to me as both. Ed has always been a straight shooter, fair and easy to work with on our real estate transactions or any other business discussions.

Ed advised me of his legal situation sometime prior to listing his home to sell on Browning rd in Lake Orion, Mi and it becoming public.
I was of course taken back and surprised that Ed would be involved in the event he briefed me on.
There was very little discussion regarding this matter moving forward. We continued to have a relationship and would have lunch on occasions. Ed is a very caring father, husband and grandfather and seemed to be very concerned about their futures.

I would occasionally stop by Ed's business in Lake Orion and would speak with Ed, his son Jeff and a couple other employees and it always seemed to be a professional upbeat friendly atmosphere and going well.

I have also known his son Jeff for most of the period that I have known Ed. I find Jeff to be a very likeable and courteous upstanding hardworking young man. I expect Jeff to do very well as an attorney or any other endeavors he may undertake and I know he has full support of Ed and Carol.

In my personal and professional experience with Ed I have found him to be trustworthy and caring.

In closing, I would like to thank you for reviewing this letter and would hope you would take into consideration the content.

*Bob Huston*
Bob Huston

28818 Kirkside Lane
Farmington Hills, MI  48334

July 14, 2011

Judge Arthur Tarnow
U. S. District Court
Dear Judge Tarnow:

    My name is Susan Whitten. I and my husband, David (Dave) have known Ed and his wife Carol for over 25 years. Carol and I met while planning for our upcoming bowling season in 1984 or 1985. She mentioned that they were not having luck selling their home and my husband Dave and I were considering putting our home on the market and looking for something larger to hold our family of 5 children. We went to see it, loved it, and engaged Ed as our realtor to sell our home so we could purchase theirs. It took several months, but eventually a family purchased our home and we were able to purchase Carol and Ed's. We moved in 25 years ago this month and are still happy living in this neighborhood with nice neighbors, good schools, and one of our daughters and her family living on the next block.

My husband Dave and I, along with the bank, own Hilldale Veterinary Hospital, located in Southfield. Dave is the primary veterinarian in our practice, and I do much of the bookkeeping. He has practiced at Hilldale since 1973.

    Although Carol and Ed don't live around the corner, we still try to get together for dinner and catch up on our families at least a few times each year and Carol and I, through the years have become the best of friends and try to stay in contact frequently.

    As for Ed's legal case, I have no knowledge of any details. I tend to avoid the news, both on tv and print media and only have heard what others have passed on to me. Our only business dealings with Ed were the selling of our home and the purchase of theirs and they were both very satisfactory.

    My personal opinion of Ed and his relationship with his family is that of a loving, devoted husband, father and grandfather. Were they to live closer to us, and our lives not so busy with our family-parents, children, and grandchildren, and our love of camping, we would be able to get together socially more often and I do miss spending time with them.

In closing, Dave and I would like to thank you for taking the time to read this letter.

Sincerely,

*Susan Whitten*  
Susan Whitten

*Dr. D Whitten*  
Dr. David Whitten